Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Ehrlich, ) | Case No. 2:11-cv-01490-FJM |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| Virtuoso Sourcing Group, LLC, Dale) | |
| Bissette and Judith A. LaSpada ) | |
| ) | |
| Defendants.                              ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 3rd day of November, 2011.

By: s/Marshall Meyers
     Marshall Meyers (020584)
     **WEISBERG & MEYERS, LLC**

Filed electronically on this 3rd day of November, 2011, with:

United States District Court CM/ECF system

By: s/Dana Patch
    Dana Patch