IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Amy Ehrlich, | ) | CV-11-1490-PHX-FJM |
| Plaintiff(s), | ) | **ORDER** |
| vs. | ) | |
| Virtuoso Sourcing Group LLC et al., | ) | |
| Defendant(s). | ) | |

Pursuant to this court's order of November 7, 2011, IT IS ORDERED dismissing this action with prejudice.

DATED this 12th day of December, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge